**ALABAMA INSURANCE GUARANTY ASSOCIATION, Objector,**

v.

**RELIANCE INSURANCE COMPANY IN LIQUIDATION (Ancillary Matter to in re: Reliance Insurance Company in Liquidation, No. 1 Rel 2001).**

**Appeal of Alabama Insurance Guaranty Association, Objector.**

Supreme Court of Pennsylvania.

Aug. 17, 2015.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 2015, the Order of the Commonwealth Court is **AFFIRMED.**